UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAR 20 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| COREY L. CARTER (a/k/a Cory Carter), | ) 1:18-cr-0086 TWP-DML |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Prohibited Person

The Grand Jury charges that:

On or about November 12, 2017, in the Southern District of Indiana, Indianapolis Division, COREY L. CARTER (also known as Cory Carter), the defendant herein, having previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, to wit:

Possession with Intent to Distribute Fifty Grams or More of a Substance Containing Cocaine Base (a Class A felony) in cause number 1:07-cr-0061-03 in the United States District Court for the Southern District of Indiana on or about May 2, 2008;

Did knowingly possess a firearm, to wit: a loaded Glock model 19 9-millimeter semiautomatic pistol, said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. The allegations in Count One of this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in Count One of this Indictment, COREY L. CARTER, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as well as Title 28, United States Code, Section 2461(c), the Glock model 19 9-millimeter semiautomatic pistol and the rounds of 9-millimeter ammunition loaded in it, as well as the Smith & Wesson model SD40VE .40-caliber semiautomatic pistol and the rounds of .40-caliber ammunition loaded in it, all of which was involved in or used in the offense of which he is convicted.

A TRUE BILL:

JOSH J. MINKLER
United States Attorney

by: _____
Matthew J. Lasher
Assistant United States Attorney